B4 (Official Form 4) (12/07)

# United States Bankruptcy Court
## District of Maine

**IN RE:**

**Parkview Adventist Medical Center**

Debtor(s)

Case No. **15-** _____

Chapter **11**

## LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS

Following is the list of the debtor's creditors holding the 20 largest unsecured claims. The list is prepared in accordance with Fed. R. Bankr. P. 1007(d) for filing in this chapter 11 [or chapter 9] case. The list does not include (1) persons who come within the definition of "insider" set forth in 11 U.S.C. § 101, or (2) secured creditors unless the value of the collateral is such that the unsecured deficiency places the creditor among the holders of the 20 largest unsecured claims. If a minor child is one of the creditors holding the 20 largest unsecured claims, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

| (1) Name of creditor and complete mailing address including zip code | (2) Name, telephone number and complete mailing address, including zip code, of employee, agent or department of creditor familiar with claim who may be contacted | (3) Nature of claim (trade debt, bank loan, government contract, etc.) | (4) Indicate if claim is contingent, unliquidated, disputed or subject to setoff | (5) Amount of claim (if secured also state value of security) |
|---|---|---|---|---|
| **Depuy Synthes Sales, Inc.**<br>P.O. Box 406663<br>Atlanta, GA  30384 | | Trade debt | | 149,718.24 |
| **Verrill Dana LLP**<br>One Portland Square<br>P.O. Box 586<br>Portland, ME  04112-0586 | | Trade debt | | 136,087.18 |
| **CPS, Inc.**<br>P.O. Box 638316<br>Cincinnati, OH  45263 | | Trade debt | | 122,602.25 |
| **Parkview Professional Building**<br>331 Maine Street<br>Brunswick, ME  04011 | | Trade debt | | 63,822.00 |
| **Medical Mutual Insurance Co. Of Maine**<br>One City Center<br>P.O. Box 15275<br>Portland, ME  04112 | | Trade debt | | 58,687.25 |
| **Comphealth**<br>P.O. Box 972651<br>Dallas, TX  75397 | | Trade debt | | 44,781.34 |
| **Cardinal Health**<br>3763 Collections Center Drive<br>Chicago, IL  60693 | | Trade debt | | 42,251.06 |
| **Synernet**<br>110 Free Street<br>Portland, ME  04101 | | Trade debt | | 40,261.06 |
| **BKD CPA's And Advisors**<br>910 E. St. Louis Street, Suite 200<br>P.O. Box 1190<br>Sprintgfield, MO  65801 | | Trade debt | | 40,250.00 |
| **Medical Information Technology Inc.**<br>P.O. Box 74569<br>Chicago, IL  60696 | | Trade debt | | 40,011.00 |
| **Carefusion Solutions, LLC**<br>3750 Torrey View Court<br>San Diego, CA  92130 | | Trade debt | | 39,176.00 |
| **Stryker Orthopaedics**<br>325 Corporate Drive<br>Mahway, NJ  07430 | | Trade debt | | 38,331.26 |
| **FFF Enterprises, Inc.**<br>P.O. Box 840150<br>Los Angeles, CA  90084 | | Trade debt | | 36,701.00 |

© 1993-2013 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

| Creditor | Type | Amount |
|---|---|---|
| **Beckman Coulter, Inc.**<br>P.O. Box 10164<br>Palatine, IL  60055 | **Trade debt** | **34,286.52** |
| **Bridgton Hospital**<br>Attn: Accounting<br>29 Lowell Street, Box A<br>Lewiston, ME  04240 | **Trade debt** | **28,884.96** |
| **Zimmer**<br>P.O. Box 414666<br>Boston, MA  02241 | **Trade debt** | **28,823.12** |
| **Owens & Minor**<br>P.O. Box 414887<br>Boston, MA  02241 | **Trade debt** | **28,122.97** |
| **Royal Flooring Co.**<br>789 Webster Street<br>P.O. Box 1914<br>Lewiston, ME  04241 | **Trade debt** | **26,575.00** |
| **CDW Government, Inc.**<br>75 Remittance Drive, Suite 1515<br>Chicago, IL  60675 | **Trade debt** | **23,852.28** |
| **Toshiba America Medical Systems, Inc.**<br>486 Thomas Jones Way<br>Exton, PA  19341 | **Trade debt** | **21,699.18** |

**DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF A CORPORATION OR PARTNERSHIP**

I, [the president *or* other officer *or* an authorized agent of the corporation][*or* a member *or* an authorized agent of the partnership] named as the debtor in this case, declare under penalty of perjury that I have read the foregoing list and that it is true and correct to the best of my information and belief.

Date: **June 16, 2015**     Signature: ***/s/ Randee R. Reynolds***

**Randee R. Reynolds, President**
(Print Name and Title)

© 1993-2013 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only